# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

| | |
|---|---|
| DEAN SCOTT HOOVER, | Case No.: 12-60257 |
| TERRI LYNN HOOVER, | Chapter 7 |
| Debtors. | |

## WITHDRAWAL OF NOTICE OF SALE AND NOTICE OF ABANDONMENT

On December 10, 2012, the Trustee's office filed a notice of sale to the debtors (document number 31) and a notice of abandonment (document number 32). The notices were filed in error. The Trustee does, therefore, withdraw said notices.

Executed on December 11, 2012.

Signed: /e/ David G. Velde
David G. Velde, Trustee
1118 Broadway
Alexandria, MN 56308
(320) 763-6561

## UNSWORN CERTIFICATE OF SERVICE

The undersigned, of the City of Alexandria, County of Douglas, in the State of Minnesota, being duly sworn, says that on December 11, 2012, she filed this withdrawal with the U.S. Bankruptcy Court. All parties receiving electronic service were served by the Court upon the filing of the document. The following party(ies) was served by mail by enclosing a true and correct copy thereof, in an envelope, with first class postage prepaid, and depositing the same in the post office at Alexandria, Minnesota, addressed as follows:

Mr. Dean S. Hoover
310 Kenmore Street S.
Aberdeen, SD 57401

Ms. Terri L. Hoover
1010 1st Avenue SE
#103
Long Prairie MN 56347

/e/ Colleen M. Ouimet