UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINN

IN RE:

Dean Scott Hoover and
Terri Lynn Hoover,

Debtors.

BKY. NO. 12-60257
Chapter 7

**ORDER TERMINATING STAY**

This case came before the court on the motion of The First National Bank of Osakis seeking relief from the automatic stay.

Based on the motion and the file,

IT IS ORDERED,

1. The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which The First National Bank of Osakis has an interest, legally described as:

Part of the Northeast Quarter of the Southwest Quarter (NE¼SW¼) of Section Seventeen (17), Township One Hundred Twenty-nine (129) North, Range Thirty-three (33) West of the 5th P.M. described as follows: Commencing at the point where the South line of said parcel intersects with the West Right of Way line of Old Trunk Highway No. 71 running thence West on the South line of said tract 897 feet; thence North inside angle 89°32', 353 feet to the Southwest corner or parcel owned by Tillie Smith; thence due East 600 feet; thence South 69°12' East, 400 feet to the West Right of Way line of Old Trunk Highway No. 71; thence Southwest on said Right of Way line 217.3 feet to the point of beginning, LESS AND EXCEPT, a part of the NE¼ of the SW¼ of Section 17, Township 129 North, Range 33 West of the 5th P.M. and more particularly described as follows: Beginning at the Southwest corner of said Norris property, said point being 17.47 feet East of the Southwest corner of said NE¼ of SW¼ and 897.0 feet, West of the Westerly Right of Way of Old Highway 71; thence from the point of beginning North 00°28' East and along the West line of said Norris property a distance of 114.32 feet; thence South 84°46' East 550.45 feet; thence South 62°55' East 141.32 feet to the intersection with the South line of said NE¼SW¼; thence West and along the South line of said NE¼ of SW¼ a distance of 674.95 feet to the point of beginning.

AND

Lot Two (2), Block Two (2), Starry Estates.

2. Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated: July 30, 2013

*/e/ Michael E. Ridgway*

Michael E. Ridgway
United States Bankruptcy Judge

OUR FILE NO. 11-426/F:\JLO\CLIENTS\FNBOsakis\Hoover\Order Terminating Stay.wpd

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/30/2013
Lori Vosejpka, Clerk, by SS